# United States Court of Appeals for the Fifth Circuit

No. 26-50035
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 20, 2026

Lyle W. Cayce
Clerk

OLGA ALCANTARA, *On her own behalf*,

*Plaintiff—Appellant*,

*versus*

MARCO JASSO, *#1888*; JOSE RIVAS, *#2985*; RICARDO VILLAGRAN, *#2882*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:18-CV-298

Before HAYNES, GRAVES, and RAMIREZ, *Circuit Judges*.
PER CURIAM:[*]

Several years ago, Olga Alcantara filed a case against three police officers regarding things they did to her daughter. The district court ruled against her, and she appealed to us. We also ruled against her. *Alcantra v. Jasso*, No. 25-50405, 2025 U.S. App. LEXIS 31779 (5th Cir. Dec. 5, 2025), *reh'g denied*, 2026 U.S. App. LEXIS 6636 (5th Cir. Mar. 5, 2026). That

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

appeal included her original request to the district court for relief under Rule 60(b).

After we affirmed the district court in the prior appeal, she again attempted to get a benefit under 60(b). The district court denied and also set a requirement that anything in the future in that case could not be filed unless it was reviewed and certified by an attorney. She again appealed.

The claimed new filing is the same as what was before our court on the previous appeal, so we dismiss that part of her appeal. With respect to the future file ruling, we AFFIRM.[1]

---

[1] Appellees' request for a sanction is DENIED, but we note that Alcantara should be aware that if she files further in this arena she may be sanctioned.